UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DANIEL RAMOS,

        Petitioner,

  vs.

BEN CURRY, Warden,

        Respondent.

No. C 05-5181 PJH (PR)

**REVISED ORDER DENYING HABEAS PETITION**

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254.

The only issue remaining in this case is Ramos' claim that a 2004 parole denial was not supported by "some evidence."  The United States Supreme Court has recently held that "[i]n the context of parole . . . the procedures required [by the due process clause] are minimal . . . an opportunity to be heard and . . . a statement of the reasons why parole was denied . . . '[t]he Constitution . . . does not require more." *Swarthout v. Cooke*, No. 10-333, slip op. at 4-5 (January 24, 2011).  That is, there is no due process requirement that a parole denial be supported by "some evidence." The petition therefore is **DENIED**.  The clerk shall close the file.

Given the clear controlling Supreme Court authority, a certificate of appealability ("COA") is **DENIED**.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (COA standard). Petitioner is advised that he may ask the court of appeals to issue a COA under Rule 22 of the Federal Rules of Appellate Procedure.  *See* Rule 11(a), Rules Governing § 2254 Cases.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  January 28, 2011.

                                           PHYLLIS J. HAMILTON
                                           United States District Judge

P:\PRO-SE\PJH\HC.05\RAMOS181.deny swarthout2.wpd